# IN THE SUPREME COURT OF THE STATE OF NEVADA

SCOTT JACOB BOYLAN, AN INDIVIDUAL,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE LYNNE K. SIMONS, DISTRICT JUDGE,
Respondents,
and
AIRCRAFT PARTNER N60XM DST, A DELAWARE STATUTORY TRUST; 11.10 N345AP DST, A DELAWARE STATUTORY TRUST; AIRCRAFT PARTNER N8244L DST, A DELAWARE STATUTORY TRUST; AND ANDREI PALCHEVSKI, AN INDIVIDUAL,
Real Parties in Interest.

No. 71442

FILED

NOV 18 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DENYING PETITION FOR WRIT OF PROHIBITION

This original petition for a writ of prohibition challenges a district court order denying a motion to quash service of process.[1]

Having considered the petition and appendix, we are not persuaded that our extraordinary and discretionary intervention is warranted. NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (providing that petitioner bears the burden of demonstrating that extraordinary relief is warranted); *Smith v. Eighth*

---

[1]The petition alternatively seeks a writ of mandamus, but a "writ of prohibition is the appropriate remedy for a district court's erroneous refusal to quash service of process." *Grupo Famsa v. Eighth Judicial Dist. Court*, 132 Nev., Adv. Op. 29, 371 P.3d 1048, 1050 (2016).

16-36116

*Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (explaining that it is within this court's sole discretion to determine if a writ petition will be considered). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Hon. Lynne K. Simons, District Judge
Kent Law
Fennemore Craig Jones Vargas/Reno
Washoe District Court Clerk